UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No.: 18 CR 490 |
| v. | ) |
| | ) Honorable Charles R. Norgle, Sr. |
| FARESS MUHAMMAD SHRAITEH | ) District Judge |

## **DESIGNATION OF COUNSEL**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ Barry Jonas*
BARRY JONAS
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-8027
barry.jonas@usdoj.gov