# United States District Court
# Northern District of Illinois

In the Matter of <span style="color:red">Judge Fugitive Calendar</span>

UNITED STATES OF AMERICA

v.  Case No. 18-CR-490

FARES MUHAMMED SHRAITEH

Designated Magistrate Judge
*By Lot - Non Designated Judge

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge *Fugitive Calendar. The reason for my recommendation are indicated on the reverse of this form.

**Judge Charles R. Norgle**

Date: Tuesday, March 16, 2021

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge *Fugitive Calendar.

ENTER

FOR THE EXECUTIVE COMMITTEE

Date: March 16, 2021

Rebecca R. Pallmeyer, Chief Judge

District Reassignment - Named Judge

## Reason(s) For Recommendation:

- IOP 13(b)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive.

---

**EXCEPTIONS OR ADDITIONS:**

District Reassignment - Named Judge